IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00972-BNB-CBS

AMANDA SUTTON,

Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed and Amended Motion to Modify Scheduling Order** [docket no. 23, filed January 27, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **February 28, 2011**, and the dispositive motion deadline is extended to and including **March 15, 2011**.

DATED:  January 28, 2011