IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-00972-~~WDM~~-CBS [BNB]

AMANDA SUTTON,

Plaintiff

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises,

HEREBY ORDERS that this matter be dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

DATED this 5th day of April, 2011.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge